IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRE SMILEY**                                                                                                **PLAINTIFF**

v.                                    Case No. 4:21-cv-00805 KGB

**ARAMARK UNIFORM &**
**CAREER APPEAL, INC.,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court a joint stipulation of dismissal with prejudice filed by plaintiff Andre Smiley and defendants Aramark Uniform & Career Apparel, Inc., Aramark Uniform & Career Apparel, LLC, Aramark Uniform & Career Apparel Group, Inc., Aramark Uniform Services II, Inc., Dale Couchman, and Keith McDaniel (collectively, "Aramark") (Dkt. No. 25).  The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice and dismisses this case with prejudice (*Id.*).

It is so ordered this 7th day of September, 2022.

_____
Kristine G. Baker
United States District Judge